PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HIRA SINGH, | CASE NO. 2:23-CV-00716-DJC-KJN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR TEMPORARY ABEYANCE |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., | |
| Defendants. | |

The Defendants respectfully request to hold this case in temporary abeyance through August 24, 2023, and counsel for Plaintiffs does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in January 2016. USCIS has scheduled Plaintiff's asylum interview for August 9, 2023. The parties anticipate that this lawsuit will be rendered moot upon the successful completion of the interview.

///

///

///

///

1

The parties therefore stipulate that this matter be held in temporary abeyance through August 24, 2023. The parties further request that all other filing and case management deadlines be similarly vacated. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

On or before August 24, 2023, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket.

Respectfully submitted,

Dated: May 26, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ PAMELA ERIN PRESCOTT
PAMELA ERIN PRESCOTT
Counsel for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: May 30, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE