# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIRA SINGH,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; ALEJANDRO MAYORKAS, DIRECTOR OF DHS; UR MENDOZA JADDOU, DIRECTOR OF USCIS; TED H. KIM, DIRECTOR OF RAIO; AND EMILIA BARDINI, DIRECTOR OF THE SAN FRANCISCO ASYLUM OFFICE,<br><br>  Defendants. | **Case No.:** 2:23-cv-00716-DJC-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO VOLUNTARILY DISMISS ACTION WITHOUT PREJUDICE** |

The Court, having reviewed the Parties' Joint Stipulation to Voluntarily Dismiss Action Without Prejudice, and for good cause shown, hereby GRANTS the stipulation.

///

It is hereby ordered that the above-captioned action is dismissed *without prejudice*. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  August 14, 2023     /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE